# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In Re ) | |
| **RONALD ANTHONY TROYKE** ) | Case No. 13-13756-SBB |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## NOTICE OF CHANGE OF ADDRESS

Please enter the change of address for undersigned counsel for the creditor American Honda Finance Corporation,

Counsel for Creditor:  H. Tucker Dewey

Name of Creditor represented in this case:  American Honda Finance Corporation

New Address of Counsel for Creditor:

      2157 Madison Avenue
      Memphis, TN 38104

New Telephone Number for Counsel for Creditor:

      (901) 746-9469

Dated:  December 24, 2013      Respectfully submitted,

    /s/ H. Tucker Dewey
    H. Tucker Dewey
    (Admitted District of Colo. November 15, 2010)
    2157 Madison Avenue
    Memphis, TN 38104
    Telephone: (901)746-9469
    Facsimile: (901)746-9833
    Email: tdewey@deweylawfirm.com